1 | PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7534

7 | FAX: (415) 436-7234
Leif.Dautch@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13

14 | UNITED STATES OF AMERICA,                )   CASE NO. 21-CR-311-YGR-4
                                            )
15 |         Plaintiff,                       )
                                            )   PETITION FOR WRIT OF HABEAS CORPUS AD
16 |         v.                              )   PROSEQUENDUM
                                            )
17 | CALEB ELLER,                            )
                                            )
18 |         Defendant.                       )
                                            )
      _____)

19

20 | TO:    The Honorable Donna M. Ryu, Chief Magistrate Judge for the Northern District of California

21

22 |        Assistant United States Attorney LEIF DAUTCH respectfully requests that the Court issue a

23 | Writ of Habeas Corpus Ad Prosequendum for the person of prisoner CALEB ELLER, aka CALEB

24 | MICHAEL CARDENAS, whose place of custody or jailor are set forth in the requested Writ, attached

25 | hereto.

26 |        The prisoner, CALEB ELLER, aka CALEB MICHAEL CARDENAS, is required to appear as a

27 | defendant in the above-entitled matter in this Court on the date identified in the writ, and therefore

28 | petitioner prays that the Court issue the Writ as presented.

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-CR-311-YGR-4

1   Dated:  February 24, 2025

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

PATRICK D. ROBBINS
Acting United States Attorney

_____/s/_____
LEIF DAUTCH
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-CR-311-YGR-4

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    Leif.Dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>CALEB ELLER,<br><br>    Defendant. | CASE NO. 21-CR-311-YGR-4<br><br>[PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

    Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

Corpus Ad Prosequendum requiring the production of defendant CALEB ELLER, aka CALEB

MICHAEL CARDENAS, before this Court on the date stated in the Writ submitted, or as soon

thereafter as practicable, is granted and the Writ shall be issued as presented.


DATED: _____        _____
                                       HON. DONNA M. RYU
                                       Chief Magistrate Judge

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   **Jay Bieber, Acting United States Marshal for the Northern District of California, and**

**Kevin Hixon, Warden, and/or any of his authorized deputies at North Kern State Prison,**

**2737 West Cecil Avenue, Delano, CA 93215:**


Pursuant to the foregoing petition and order, you are directed to produce the body of **CALEB ELLER, aka CALEB MICHAEL CARDENAS**, CDCR # BZ5968, who is in the custody of California Department of Corrections and Rehabilitation - North Kern State Prison, 2737 West Cecil Avenue, Delano, CA 93215, before the Honorable Yvonne Gonzalez Rogers, United States District Judge for the Northern District of California, located at the Oakland Federal Courthouse, 1301 Clay Street, Courtroom 1, 4th Floor, Oakland, CA 94612, on **May 1, 2025 at 9:00 a.m.**, or as soon thereafter as practicable, on the charge filed against defendant in the above-entitled Court, and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release **CALEB ELLER, aka CALEB MICHAEL CARDENAS,** from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.


DATED: _____          CLERK, UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA


                                   By:  _____
                                        DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-CR-311-YGR-4