UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 20, 2025  **Time:** 45 minutes  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 21-cr-311-YGR-4  **Case Name:** UNITED STATES v. Caleb Eller

**Attorney for Plaintiff: Leif Dautch**
**Attorney for Defendant: Bruce Funk**
**Defendant: Caleb Eller  [ X ] Present   [  ] Not Present**
**Defendant's Custodial Status: [ X ] In Custody  [  ] Not in Custody**
**Probation: Khaminh Huynh**

**Deputy Clerk:** Edwin Angelo A. Cuenco  **Reported by:** Zoom Recording

## PROCEEDINGS

Change of Plea and Sentencing - Held.

The defendant is sworn. The defendant addressed the Court. The Plea Agreement is signed and filed in court. The court finds the defendant to be fully competent and capable of entering a plea. The Court finds a factual basis for the plea. The defendant enters a plea of guilty as to Count One of the Indictment. The plea is accepted by the Court. The defendant is adjudged guilty of the offense.

The defendant is committed to the custody of the Bureau of Prisons for a term of 17 months to run concurrent with the term imposed in Superior Court of California, County of Los Angeles action in Docket No. KA124978. Three years supervised release with standard and special conditions as stated on the record. Mandatory Drug Testing provision is suspended. The defendant shall pay a $100.00 mandatory special assessment. The Court orders the fine waived.

The Court will make a recommendation to the Bureau of Prisons that the defendant be designated to a facility as close to the San Francisco Bay Area as possible to facilitate family visitation.